JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | Case No.: SACV11-1447 CJC(RNBx)<br><br>Assigned to the Honorable Cormac J. Carney<br><br>**JUDGMENT** |

        Plaintiffs,

  vs.

D.G. PLUMBING, INC., a California corporation; and DARIO GOMEZ, an individual,

        Defendants.

Without a hearing, the Court decided Plaintiffs' Motion for Summary Judgment against Defendants D.G. Plumbing, Inc. and Dario Gomez. Thereafter, the Court issued an order granting Plaintiffs' Motion. Pursuant to the Court's order, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund, shall recover from Defendants D.G. Plumbing, Inc. and Dario Gomez, jointly and severally, the principal amount of $114,466.83, attorney's fees and costs in amounts to be determined at a later date pursuant to Local Rules 54-12 and 54-3.

DATED: July 27, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE